IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY PACHECO, | ) | 1:09cv02026 DLB |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| | ) ) | (Document 14) |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On June 18, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before July 20, 2010.


IT IS SO ORDERED.

**Dated:**   **June 22, 2010**              **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1