1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8985
       Facsimile: (415) 744-0134
7      E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARY PACHECO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 1:09-CV-02026-DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's brief. The new due date for Defendant's responsive brief will be September 20, 2010, and the Court's Scheduling Order shall be modified accordingly.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 20, 2010 | */s/ Sengthiene Bosavanh*<br>(As authorized via e-mail)<br>SENGTHIENE BOSAVANH<br>Attorney for Plaintiff |
| Dated: August 20, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | */s/ Brenda M. Pullin*<br>BRENDA M. PULLIN<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated: **August 24, 2010**          **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE